```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
ROSALYN BARON,

                Plaintiff,
                                                    O R D E R
        - against -
                                                 18 Civ. 9266 (NRB)
WELLS FARGO BANK, N.A.; MARC A. PAZ;
and JOHN DOE,

                Defendants.
----------------------------------------X
```
**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

Oral argument on the motions presently before the Court in this matter will be held <u>telephonically</u> on June 29, 2020 at 11:30 a.m.  Dial-in information will be posted on ECF on the date of the conference.

**SO ORDERED.**

Dated:      New York, New York
            June 8, 2020

                                        _____
                                        NAOMI REICE BUCHWALD
                                        UNITED STATES DISTRICT JUDGE