```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
ROSALYN BARON,

                Plaintiff,
                                                    O R D E R
        - against -
                                                18 Civ. 9266 (NRB)
WELLS FARGO BANK, N.A.; MARC A. PAZ;
and JOHN DOE,

                Defendants.
----------------------------------------X
```
**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

Oral argument on the pending motions to dismiss will be held **telephonically** on August 24, 2020 at 11:30 a.m. The dial-in information will be posted to the docket sheet on the date of oral argument.

Dated:   New York, New York
         August 17, 2020

                                        _____
                                        NAOMI REICE BUCHWALD
                                        UNITED STATES DISTRICT JUDGE